# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:24-CV-113 (LAG) |
| WALTER CLARENCE SEIDENFADEN, SANDRA FAYE DAVIS and COURTNEY NICOLE THOMAS, as parent and guardian of minor L.A.R., | : |
| Defendants. | : |

## **ORDER**

Before the Court is Defendants Walter Clarence Seidenfaden, Sandra Faye Davis, and Courtney Nicole Thomas' Motion to Disburse Funds (Doc. 19). Therein, Defendants request that the Court order disbursement of $53,055.56 from the Court's Registry. (*Id.* ¶ 5). On February 25, 2025, the Court authorized Plaintiff Metropolitan Life Insurance Company to deposit "$44,000.00 plus any accrued interest, if any, with the Clerk of Court." (Doc. 14 at 4) (emphasis omitted). The Court further ordered the Clerk of Court to deposit the sum of the funds into the Disputed Ownership Fund in an interest bearing account until the Court ordered disbursement of the funds. (*Id.*). On March 11, 2025, Plaintiff Metropolitan Life Insurance Company deposited $53,055.56 into the Registry. (Doc. 15). On May 23, 2025, the Court granted Plaintiff Metropolitan Life Insurance's Company Consent Motion for Discharge, Dismissal, and Permanent Injunction, thereby discharging and dismissing with prejudice Metropolitan Life Insurance Company from the action. (Doc. 18).

Defendants represent that they have conferred and consent to the disbursement of the funds in the amount of $53,055.56. (Doc. 19 ¶¶ 5, 6). For good cause shown,

Defendants' Motion to Disburse Funds (Doc. 19) is **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to issue a check in the amount of $53,055.56 to Joe Durham, Jr., P.C. in trust for Walter Seidenfaden, Sandra Davis, and Courtney Thomas. The check shall be mailed or otherwise transmitted to:

>Joe Durham, Jr., P.C.
>
>2531 Lafayette Plaza Drive, Suite E
>
>Albany, Georgia 31707

The Clerk of Court is further **DIRECTED** to administratively close this case.

**SO ORDERED**, this 6th day of August, 2025.

>/s/ Leslie A. Gardner
>**LESLIE A. GARDNER, CHIEF JUDGE**
>**UNITED STATES DISTRICT COURT**